# DISTRICT OF COLUMBIA COURT OF APPEALS

| | | | | |
|---|---|---|---|---|
| Key v. United States | 14–CO–552 | 11/23/2016 | Dismissed | Burgess, Jr. |
| Tucker v. District of Columbia | 14–CV–98 | 11/23/2016 | Affirmed | Dixon |
| Al–Khatawi v. District of Columbia Department of Employment Services | 15–AA–969 | 11/23/2016 | Affirmed | Dist. of Columbia Dept. of Employment Services, Office of Hearings and Adjudications Section |
| Barahona v. United States | 12–CM–1594, 12–CM–1595, 12–CM–1596 | 11/18/2016 | Affirmed | Fisher |
| Winslow v. United States | 15–CF–419 | 11/18/2016 | Affirmed | Ryan |
| Smith v. United States | 15–CM–765 | 11/18/2016 | Affirmed | Jackson |
| T.G.M., In re Petition of | 15–FS–1274, 15–FS–1275 | 11/18/2016 | Affirmed | Pan Arthur |
| Petty v. United States | 13–CF–1269 | 11/17/2016 | Affirmed | Broderick |
| Garvin v. United States | 14–CF–624, 14–CF–533 | 11/17/2016 | Vacated, in part; affirmed, in part | Lee |
| Smith v. United States | 15–CM–35 | 11/17/2016 | Affirmed | Cushenberry, Jr. |
| Butler v. United States | 15–CM–530 | 11/10/2016 | Affirmed | Lopez |
| Davis v. United States | 15–CM–987 | 11/10/2016 | Affirmed | Irving |
| Smith v. Ventura | 15–CV–793 | 11/10/2016 | Affirmed | Gardner, Jr. |
| T.H., In re | 15–FS–1032 | 11/10/2016 | Affirmed | Parker Krauthamer |